UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

UNITED STATES OF AMERICA *ex rel.*
SCHIANO,

                                    Plaintiff,

                    -v-

WELLS FARGO & COMPANY, et al.,

                                    Defendants.

--------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __03/26/2015__

14-CV-7663 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

The Court signed the attached Order (Exhibit B) in this sealed *qui tam* case on February 23, 2015, upon receipt of the United States' Notice of Election to Decline Intervention (Exhibit A). By the terms of that Order, this case — and certain documents filed in it — were to become unsealed thirty days from its entry. Accordingly, and incorporating the terms of the Court's previous Order, it is hereby ORDERED that:

1. All previously filed documents in the Court's file in this action shall remain under seal and not be made public, except for plaintiff-relator's *qui tam* complaint (Envelope 1), this Order, and the United States' Notice of Election to Decline Intervention.

2. The seal shall be lifted as to all other matters occurring in this action subsequent to February 23, 2015 (the date of the Court's prior Order).

3. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda and materials, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts. The United States is entitled to intervene in this action, for good cause, at any time.

4. All orders of this Court shall be sent to the United States by the plaintiff-relator. Should the plaintiff-relator or defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

    SO ORDERED.

Date:   March 25, 2015
        New York, New York

                            JESSE M. FURMAN
                            United States District Judge

# EXHIBIT A

PREET BHARARA
United States Attorney
Southern District of New York
By:     CARINA H. SCHOENBERGER
        PIERRE G. ARMAND
Assistant United States Attorneys
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2822/2724
Facsimile: (212) 637-2702
Email: Carina.Schoenberger@usdoj.gov
        Pierre.Armand@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA *ex rel.*
SCHIANO,

                                                    **FILED UNDER SEAL**

                 Plaintiff,

         v.                                         14 Civ. 7663 (JMF)

WELLS FARGO & COMPANY, WELLS
FARGO BANK, N.A., WELLS FARGO HOME
MORTGAGE, OCWEN FINANCIAL
CORPORATION, OCWEN LOAN SERVICING,
LLC, and OCWEN MORTGAGE SERVICING,
INC.,

                 Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF ELECTION TO DECLINE INTERVENTION**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States hereby

notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, it respectfully refers the Court to 31

U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United

States; providing, however, that the "action may be dismissed only if the court and the Attorney

General give written consent to the dismissal and their reasons for consenting."  *Id.*   Therefore,

the United States requests that, should the relator or defendants propose that this action be

dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United

States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all

pleadings and briefs filed in this action be served upon the United States; the United States also

requests that orders issued by the Court be sent to the United States' counsel.   The United States

reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a

later date, and to seek the dismissal of the relator's action or claims under 31 U.S.C. § 3730(e)(4).

The United States also requests that it be served with all notices of appeal.


Dated: New York, New York
       February 20, 2015

                                        Respectfully submitted,

                                        PREET BHARARA
                                        United States Attorney for the
                                        Southern District of New York
                                        Attorney for United States of America

                             By:        _____/s/ Carina H. Schoenberger_____
                                        CARINA H. SCHOENBERGER
                                        PIERRE G. ARMAND
                                        Assistant United States Attorneys
                                        86 Chambers Street
                                        New York, New York 10007
                                        Telephone: (212) 637-2822/2724
                                        Facsimile: (212) 637-2702
                                        Email: Carina.Schoenberger@usdoj.gov
                                               Pierre.Armand@usdoj.gov

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA *ex rel.*
SCHIANO,

          Plaintiff,

        v.

WELLS FARGO & COMPANY, WELLS
FARGO BANK, N.A., WELLS FARGO HOME
MORTGAGE, OCWEN FINANCIAL
CORPORATION, OCWEN LOAN SERVICING,
LLC, and OCWEN MORTGAGE SERVICING,
INC.,

          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>UNDER SEAL</u>

14 Civ. 7663 (JMF)

## ORDER

       The United States having declined to intervene in this action pursuant to the False

Claims Act, 31 U.S.C. § 3730(b)(4)(B),

       IT IS HEREBY ORDERED THAT:

       1.    The complaint shall be unsealed thirty days after entry of this order, and service

upon defendants by the plaintiff-relator is authorized.   If the plaintiff-relator voluntarily

dismisses the complaint pursuant to Rule 41 (a)(1) within this 30-day period, plaintiff-relator

may seek to modify this order with the United States' consent or by motion on notice to the

United States.

       2.    The United States' Notice of Election to Decline Intervention shall be served by

the plaintiff-relator upon defendants only after service of the complaint.

3.      All previously filed documents in the Court's file in this action shall remain under seal and not be made public, except for, thirty days after entry of this order, plaintiff-relator's *qui tam* complaint, this Order, and the United States' Notice of Election to Decline Intervention.

4.      Thirty days after entry of this order, the seal shall be lifted as to all other matters occurring in this action subsequent to the date of this Order.

5.      The parties shall serve all pleadings and motions filed in this action, including supporting memoranda and materials, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).   The United States may order any deposition transcripts.    The United States is entitled to intervene in this action, for good cause, at any time.

6.      All orders of this Court shall be sent to the United States by the plaintiff-relator. Should the plaintiff-relator or defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

Dated: New York, New York

     February 23, 2015

SO ORDERED:

JESSE M. FURMAN
United States District Judge