

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 3, 2015

**BY ECF**
Honorable P. Kevin Castel
United States District Judge
United States District Court
500 Pearl Street, Room 1020
New York, New York  10007

Re: *United States* ex rel. *Schiano v. Wells Fargo & Co.,* et al., No. 14 Civ. 7663

Dear Judge Castel:

      This Office writes respectfully on behalf of the United States of America (the "Government") pursuant to the order of Hon. Jesse M. Furman, dated April 17, 2015, Dkt. 9, directing the Government to submit a letter by April 29, 2015, indicating whether it consents to the voluntary dismissal of the above-referenced matter by plaintiffs-relators.  On April 21, 2015, plaintiffs-relators gave notice voluntarily dismissing their action without prejudice as to all defendants.

      The Government consents to the dismissal of the above-referenced action.  Moreover, we apologize for the oversight that caused this submission to be delinquent, and respectfully request a *nunc pro tunc* extension of time, from April 29, 2015, to the date of this letter, in which to comply with the Court's April 17, 2015, order.

      We thank the Court for its attention to this matter.

      Respectfully submitted,

      PREET BHARARA
      United States Attorney for the
      Southern District of New York

By: ___/s/ Carina H. Schoenberger___
      CARINA H. SCHOENBERGER
      PIERRE G. ARMAND
      Assistant United States Attorneys
      Tel. No.:  (212) 637-2822/2724
      Fax No.:  (212) 637-2702

cc: BY EMAIL
    Joseph C. Bird, Esq.
    *Counsel for Relator*
    Email: advocatejcb@aol.com